USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH GREEN,

                     Plaintiff,

  -against-

HERBERT STODDARD,

                     Defendant.

19 CV 307 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On January 22, 2021, the Court issued an Order to Show Cause directing Plaintiff Elijah Green to show cause in writing on or before February 22, 2021 why his claims against Defendants should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 32.) The Court's order was mailed to the Plaintiff at the address on the docket, and returned to the Court as undeliverable-unable to forward. Plaintiff has not responded to the Order to Show Cause.

Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to terminate this action, mail a copy of this order to pro se Plaintiff at the address on ECF, and show service on the docket.

Dated:   May 26, 2021
         White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge